IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

FILED
U.S. DISTRICT COURT
MIDDLE GEORGIA
2009 SEP 14 AM 10 14
_____
DEPUTY CLERK

PATRICK FLORENCE,

    Petitioner,

v.       1:04-CV-25 (WLS)

KEVIN ROBERTS

    Respondent.

### ORDER

Before the Court is a Report and Recommendation from United States Magistrate Judge Richard L. Hodge, filed December 1, 2008. (Doc. 79). It is recommended that Petitioner's Motion for Leave to Appeal In Forma Pauperis (Doc. 75), Amended Motion for Leave to Appeal In Forma Pauperis (Doc. 76), Motion to Strike Motion for Leave to Appeal In Forma Pauperis (Doc. 77), and Motion to Strike (Second Notice) Motion for Leave to Appeal In Forma Pauperis Doc. 78) be summarily **DENIED**. No objection has been filed to date.

Upon full review and consideration of the record, the Court finds that said Report and Recommendation (Doc. 79) should be, and hereby is, **ACCEPTED, ADOPTED** and made the Order of this Court for reason of the findings made and reasons stated therein. Accordingly, Petitioner's Motion for Leave to Appeal In Forma Pauperis (Doc. 75), Amended Motion for Leave to Appeal In Forma Pauperis (Doc. 76), Motion to Strike Motion for Leave to Appeal In Forma Pauperis (Doc. 77), and Motion to Strike (Second Notice) Motion for Leave to Appeal In Forma Pauperis Doc. 78) are **DENIED**.

1

**SO ORDERED**, this \_\_14th\_\_ day of September, 2009.

                                           /s/ W. Louis Sands
                                           **THE HONORABLE W. LOUIS SANDS,**
                                           **UNITED STATES DISTRICT COURT**